KEITH A. JACOBY, Bar No. 150233
E-mail: kjacoby@littler.com
SCOTT M. LIDMAN, Bar No. 199433
E-mail: slidman@littler.com
ELIZABETH NGUYEN, Bar No. 238571
E-mail: enguyen@littler.com
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Fax No.: 310.553.5583

Attorneys for Defendants
COMERICA BANK, COMERICA INCORPORATED and COMERICA MANAGEMENT COMPANY (erroneously sued as COMERICA MANAGEMENT COMPANY, INC.)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIADIRA CORDOVA; individually and on behalf of members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMERICA BANK, a Texas corporation; COMERICA INCORPORATED, a Delaware corporation; COMERICA MANAGEMENT COMPANY, INC., a Michigan corporation; and Does 1 through 100, inclusive,<br><br>Defendants. | Case No. 09-CV-08905 MMM (PLAx)<br><br>**STIPULATED PROTECTIVE ORDER** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

## ORDER

GOOD CAUSE appearing therefore, the terms of the Parties' Revised Stipulation Re Protective Order filed on or about July 27, 2010 are adopted by the Court. The Parties shall adhere to the terms of the Revised Stipulation Re Protective Order unless modified or otherwise ordered by the Court.

**IT IS SO ORDERED**.

DATED: August 16, 2010

HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308