Gene Williams (SBN 211390)
Mark P. Pifko (SBN 228412)
Melissa Grant (SBN 205633)
Arnab Banerjee (SBN 252618)
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone:  (310) 556-5637
Facsimile:   (310) 861-9051

Matthew Righetti (SBN 121012)
John Glugoski (SBN 191551)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone:  (415) 983-0900
Facsimile:   (415) 397-9005

Edwin Aiwazian (SBN 232943)
Ghazaleh Hekmatjah (SBN 259662)
THE AIWAZIAN LAW FIRM
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone:  (818) 265-1020
Facsimile:   (818) 265-1021

Attorneys for Plaintiff Yiadira Cordova

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIADIRA CORDOVA; individually and on behalf of members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMERICA BANK, a Texas corporation; COMERICA INCORPORATED, a Delaware corporation; COMERICA MANAGEMENT COMPANY, INC., a Michigan corporation; and Does 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:09-cv-08905-MMM (PLAx)<br><br>Hon. Margaret M. Morrow<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date Filed: November 3, 2009<br>Trial Date: April 5, 2011<br><br>Date:  February 7, 2011<br>Time:  10:00 a.m. |

TO THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to C.D. Cal. R. 7-16, Plaintiff Yiadira Cordova ("Plaintiff"), on behalf of herself and others similarly situated, hereby withdraws the following pending motion:  Plaintiff's Motion for Class Certification currently scheduled for hearing on February 7, 2011 at 10:00 a.m.

Dated:  January 25, 2011

Respectfully submitted,

Initiative Legal Group APC

By: /s/ Gene Williams
Gene Williams
Mark Pifko
Melissa Grant
Arnab Banerjee

Attorneys for Plaintiff Yiadira Cordova