UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 09-08905 MMM (PLAx) | Date | March 9, 2011 |
| Title | *Yiadira Cordova v. Comerica Bank et al.* | | |

| | |
|---|---|
| Present: The Honorable | MARGARET M. MORROW |

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**         Order to Show Cause Re Jurisdiction

       On November 3, 2009, plaintiff Yiadira Cordova commenced this putative class action in Los Angeles Superior Court against defendants Comerica Bank, Comerica Incorporated, and Comerica Management Company, Inc. Defendants removed the case to this court on December 4, 2009, pursuant to the Class Action Fairness Act 28 U.S.C. § 1332(d). On January 25, 2011, plaintiff withdrew her motion for class certification. During a telephone status conference on March 9, 2011, plaintiff advised that she intended to proceed on her individual claims and with a representative action under the California Private Attorneys General Act ("PAGA").

       In light of these developments, the court directs defendants to show cause on or before **March 16, 2011**, whether the court continues to have subject matter jurisdiction over the action. The court requests that defendants deliver a conformed courtesy copy of all filings to **chambers** in the **Roybal Building** by 12 noon the day after filing.