1  KEITH A. JACOBY, Bar No. 150233
   SCOTT M. LIDMAN, Bar No. 199433
2  HEATHER M. DAVIS, Bar No. 239372
   ELIZABETH NGUYEN, Bar No. 238571
3  LITTLER MENDELSON
   A Professional Corporation
4  2049 Century Park East
   5th Floor
5  Los Angeles, CA  90067.3107
   Telephone:  310.553.0308
6  Facsimile:  310.553.5583
   E-mail: kjacoby@littler.com; slidman@littler.com,
7  hdavis@littler.com, enguyen@littler.com

8  Attorneys for Defendants
   COMERICA BANK, COMERICA
9  INCORPORATED AND COMERICA
   MANAGEMENT COMPANY (erroneously sued as
10 COMERICA MANAGEMENT COMPANY, INC.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIADIRA CORDOVA, individually, and on behalf of members of the general public similar situated,<br><br>Plaintiff,<br><br>v.<br><br>COMERICA BANK, a Texas corporation; COMERICA INCORPORATED, a Delaware corporation; COMERICA MANAGEMENT COMPANY, INC., a Michigan Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 09-CV-08905 MMM (PLAx)<br><br>**DEFENDANTS' NOTICE OF *EX PARTE* APPLICATION**<br><br>Motion Cut-off:     06/13/2011<br>Pre-Trial Conf.:    07/11/2011<br>Trial Date:         08/30/2011 |

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF, AND HER ATTORNEYS OF RECORD:

      Defendants Comerica Bank, Comerica Incorporated, and Comerica Management Company (erroneously sued as COMERICA MANAGEMENT COMPANY, INC.) (collectively, "Defendants") hereby make an *Ex Parte* Application for an order to (1) allow Defendants to notice their Motion for Summary Judgment Or Partial Summary Judgment for hearing on June 13, 2011 at 10:00 a.m., a hearing date currently closed by the Court, or (2) in the alternative, to allow Defendants' Motion for Summary Judgment Or Partial Summary Judgment be set for hearing on a date that is convenient for the Court that occurs after the Motion Hearing Cut-Off date but before the August 30, 2011 Trial date because, as of today, the Court's earliest available hearing date is August 22, 2011.

      This *Ex Parte* Application is made pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) and Local Rule 7-19 of the Local Rules of the United States District Court for the Central District of California.

      This *Ex Parte* Application is based on this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Scott M. Lidman, the [Proposed] Order Granting Defendants' *Ex Parte* Application, the complete file and records in this action, and any other evidence and/or argument that may be presented to the Court.

      Plaintiff is represented by the following law firms:

| | |
|---|---|
| Gene F. Williams, Esq. | Matthew Righetti, Esq. |
| Email: gwilliams@initiativelegal.com | matt@righettilaw.com |
| Arnab Banerjee, Esq. | John Glugoski, Esq. |
| abanerjee@initiativelegal.com | jglugoski@righettilaw.com |
| Initiative Legal Group LLP | RIGHETTI LAW FIRM, P.C. |
| 1800 Century Park East, Second Floor | 456 Montgomery Street, Suite 1400 |
| Los Angeles, California 90067 | San Francisco, California 94104 |
| Telephone: 310-556-5637 | Telephone: 415-983-0900 |
| Facsimile: 310-861-9051 | Facsimile: 415-397-9005 |

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1

Edwin Aiwazian, Esq.
Email: edwin@aiwazian.com
Ghazaleh Hekmatjah, Esq.
Email: gh@aiwazian.com
THE AIWAZIAN LAW FIRM
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone: 818-265-1020
Facsimile: 818-265-1021

Written notice was provided to the foregoing counsel via facsimile and email on April 27, 2011, at approximately 12:03 p.m. (*See* Declaration of Scott M. Lidman in Support of Defendants' *Ex Parte* Application ("Lidman Decl." ¶ 16.) Counsel for the parties discussed Defendants' *Ex Parte* Application and Plaintiff's Counsel indicated that Plaintiff intended to oppose Defendants' *Ex Parte* Application. (*See* Lidman Decl., ¶ 17.)

Good cause exists to grant Defendants' *Ex Parte* Application because Defendants are without fault, have not engaged in any delay in seeking the requested relief, and have submitted the requested relief as soon as practicable given Plaintiff's eleventh hour withdrawal of her motion for class certification and the resulting sequence of events, including a second mediation and Court's Order To Show Cause Regarding Jurisdiction. Further, a ruling on Defendants' motion for summary judgment or partial summary judgment will help conserve the Court's resources and potentially eliminate the need for trial on Plaintiff's remaining non-class claims. Further, the Court's busy docket should not serve to foreclose an otherwise timely motion for summary judgment and there is no prejudice to Plaintiff of the relief requested by Defendants if granted.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2

1  Dated:   April 28, 2011

          /s/ *SCOTT M. LIDMAN*
          KEITH A. JACOBY
          SCOTT M. LIDMAN
          HEATHER M. DAVIS
          ELIZABETH NGUYEN
          LITTLER MENDELSON
          A Professional Corporation
          Attorneys for Defendants

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

3