KEITH A. JACOBY, Bar No. 150233
SCOTT M. LIDMAN, Bar No. 199433
ELIZABETH NGUYEN, Bar No. 238571
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone:  310.553.0308
Facsimile:  310.553.5583
E-mail: kjacoby@littler.com; slidman@littler.com;
enguyen@littler.com

Attorneys for Defendant
COMERICA MANAGEMENT COMPANY INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIADIRA CORDOVA, individually, and on behalf of members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMERICA BANK, a Texas corporation; COMERICA INCORPORATED, a Delaware corporation; COMERICA MANAGEMENT COMPANY, INC., a Michigan corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  09-CV-08905 MMM (PLAx)<br><br>**DEFENDANT'S NOTICE OF LODGING OF DEFENDANT COMERICA MANAGEMENT COMPANY INC.'S [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS LAW**<br><br>Trial Date:          08/30/2011 |

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

1  Defendant Comerica Management Company Inc. hereby lodges its [Proposed]
2  Findings of Fact and Conclusions of Law, as required by Local Rule 52-1.
3  Dated: August 8, 2011

```
                              /s/ Elizabeth Nguyen
                              KEITH A. JACOBY
                              SCOTT M. LIDMAN
                              ELIZABETH NGUYEN
                              LITTLER MENDELSON
                              A Professional Corporation
                              COMERICA MANAGEMENT
                              COMPANY INC.
```

Firmwide:103177252.1 062020.1005

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1