1    KEITH A. JACOBY, Bar No. 150233
     kjacoby@littler.com
2    SCOTT M. LIDMAN, Bar No. 199433
     slidman@littler.com
3    HEATHER M. DAVIS, Bar No. 239372
     hdavis@littler.com
4    LITTLER MENDELSON
     A Professional Corporation
5    2049 Century Park East, 5th Floor
     Los Angeles, CA  90067.3107
6    Telephone:  310.553.0308
     Facsimile:   310.553.5583
7

8    Attorneys for Defendant
     COMERICA MANAGEMENT COMPANY INC.
9
     [COUNSEL OF RECORD APPEAR ON FOLLOWING PAGE]
10
                     UNITED STATES DISTRICT COURT
11
                    CENTRAL DISTRICT OF CALIFORNIA
12

| 13 YIADIRA CORDOVA, individually, | Case No.  09-CV-08905 MMM (PLAx) |
| and on behalf of members of the | |
| 14 general public similarly situated, | |
| 15          Plaintiff, | **SIXTH JOINT REPORT** |
| | **REGARDING THE STATUS OF** |
| 16 v. | **THE *BABASA* SETTLEMENT** |
| 17 COMERICA BANK, a Texas | |
| corporation; COMERICA | |
| 18 INCORPORATED, a Delaware | |
| corporation; COMERICA | |
| 19 MANAGEMENT COMPANY, INC., a | |
| Michigan corporation; and DOES 1 | |
| 20 through 100, inclusive, | |
| 21          Defendants. | |

22

23

24

25

26

27

28

Gene Williams (SBN 211390)
GWilliams@InitiativeLegal.com
Melissa Grant (SBN 205633)
MGrant@InitiativeLegal.com
Raul Perez (SBN 174687)
RPerez@InitiativeLegal.com
Arnab Banerjee (SBN 252618)
ABanerjee@InitiativeLegal.com
INITIATIVE LEGAL GROUP APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone:  (310) 556-5637
Facsimile:  (310) 861-9051

Matthew Righetti (SBN 121012)
matt@righetti.com
John Glugoski (SBN 191551)
jglugoski@righettilaw.com
Michael C. Righetti (SBN 258541)
mike@righettilaw.com
RIGHETTI ● GLUGOSKI P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone:  (415) 983-0900
Facsimile:  (415) 397-9005

Edwin Aiwazian (SBN 232943)
edwin@aiwazian.com
Arby Aiwazian (SBN 269827)
arby@aiwazian.com
Jill J. Parker (SBN 274230)
jill@aiwazian.com
Maria F. Nickerson (274225)
maria@aiwazian.com
LAWYERS *for* JUSTICE PC
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone:  (818) 265-1020
Facsimile:  (818) 265-1021

Attorneys for Plaintiff Yiadira Cordova

Plaintiff YIADIRA CORDOVA ("Plaintiff") and Defendant COMERICA MANAGEMENT COMPANY INC. ("Defendant"), hereby submit the following Joint Report pursuant to the Court's August 24, 2011 Order Granting Stay Pending Resolution of Related Proceedings.

## I.

## BACKGROUND FACTS AND THIS COURT'S ORDER GRANTING STAY PENDING RESOLUTION OF RELATED PROCEEDINGS

Plaintiff alleges that she was misclassified as an exempt employee while she was working as an Assistant Banking Center Manager ("ABCM") at one of Defendant's banking centers. As a result of the misclassification, Plaintiff alleges that Defendant violated various provisions of the California Labor Code and that she was not properly compensated for her work.[1]  Trial in this matter was scheduled to commence on August 30, 2011.

On August 17, 2011, Defendant filed a Notice of Settlement of Related Action (Docket No. 107) wherein it advised that a class action settlement had been reached in *Babasa v. Comerica, et al.*, Southern District of California, Case No. 11-CV-0595 ("*Babasa*"). Defendant advised that Babasa, a former Banking Center Manager and ABCM, alleged misclassification claims similar to Plaintiff's claims such that the proposed class action settlement approved in *Babasa* would cover all of Plaintiff's wage and hour claims.  At the time Defendant filed the Notice of Settlement of Related Action, Babasa's motion for preliminary approval of the settlement was set for hearing on October 17, 2011.

On August 22, 2011, Plaintiff filed an *ex parte* application to intervene in the *Babasa* action.

On August 22, 2011, the Court held a telephonic status conference regarding

---

[1] Plaintiff commenced a putative wage and hour class action in Los Angeles Superior Court. Defendant removed the matter on December 4, 2009. (Docket No. 1) Plaintiff withdrew her class certification motion before the Court ruled on it.

the *Babasa* settlement and ordered the parties to file briefs regarding Plaintiff's motion to intervene in *Babasa* and its effect on her ability to proceed with the trial on her individual claims in this Court and simultaneously intervene in the *Babasa* action. (Docket No. 108)

On August 24, 2011, after the parties submitted their respective briefing, this Court granted Defendant's request to stay the action pending resolution of Plaintiff's participation in *Babasa* and directed the parties to submit joint reports to the court at 60 day intervals regarding the status of the *Babasa* action.

On August 25, 2011, the *Babasa* Court held a telephonic conference and issued an order setting a briefing schedule and hearing dates. The Court set the hearing on Plaintiff's motion to intervene for October 17, 2011 and continued the motion for preliminary approval of the class action settlement to November 21, 2011.

On September 6, 2011, Plaintiff filed a motion to transfer venue in *Babasa* and requested the *Babasa* Court transfer the *Babasa* action to this Court.  The hearing on Plaintiff's motion to transfer venue was set for hearing on November 7, 2011.

On October 13, 2011, the *Babasa* Court vacated the hearing date on Plaintiff's motion to intervene and took the motion under submission.

On October 21, 2011, the parties filed a joint status report regarding the *Babasa* settlement.  (Docket No. 113).

On November 2, 2011, the *Babasa* Court vacated the November 7, 2011 hearing date on Plaintiff's motion to transfer venue, deeming the motion suitable for disposition without oral argument.

## II.

## UPDATED STATUS OF *BABASA* SETTLEMENT

On November 14, 2011, the *Babasa* Court vacated the hearing date on Babasa's motion for preliminary approval of class action settlement until after the *Babasa* Court issued its ruling on the motions currently under submission.  (*See* Docket No. 116.)

On March 19, 2012, the *Babasa* Court issued Orders Denying Proposed

1  Intervenors' Motion to Intervene and Denying Intervenors' Motion to Transfer Venue
2  for Lack of Standing.  One of the proposed intervenors was the Plaintiff in this case,
3  Yiadira Cordova.  (*See* Docket No. 116.)

4      On April 5, 2012, the *Babasa* Court issued an Order Granting Preliminary
5  Approval of Class Action Settlement, Approving the Form, and Method of Notice
6  Establishing Opt-Out, Objecting and Claims Procedure and Schedule A Final Fairness
7  Hearing.  The *Babasa* Court ordered that Babasa and all Class Members are enjoined
8  from filing or prosecuting, suits, or administrative proceedings regarding the claims
9  released by the Settlement unless and until such Class Members have filed a valid
10 request for exclusion with the Settlement Administrator and the time for filing claims
11 with the Settlement Administrator has elapsed.  (*See* Docket No. 116.)

12     On May 22, 2012, the *Babasa* Court issued an Order continuing the Final
13 Fairness Hearing from July 30, 2012 to September 4, 2012.

14     On August 6, 2012, the *Babasa* Court issued an Order, *sua sponte*, continuing
15 the Final Fairness Hearing from September 4, 2012 to October 9, 2012.

16                              **III.**

17                    **SETTLEMENT AGREEMENT**

18     On May 30, 2012, the parties entered into a Memorandum of Agreement
19 pursuant to which the Parties agreed to settle the above-captioned matter.  The Parties
20 then further memorialized the settlement into a long-form individual settlement
21 agreement pursuant to which Plaintiff has agreed to dismiss the above-captioned
22 matter.

23     The finalized long-form individual settlement agreement was provided to
24 Plaintiff's counsel on July 6, 2012 for execution by Plaintiff and her counsel.  On
25 August 13, 2012, Plaintiff's counsel provided the long-form settlement agreement,
26 executed by Plaintiff and her counsel, to counsel for Defendant.  Defendant is now in
27 the process of obtaining required signatures.

28

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1    Dated:   August 13, 2012                    Respectfully submitted,

2

3                                                /s/ *SCOTT M. LIDMAN*
                                                 KEITH A. JACOBY
4                                                SCOTT M. LIDMAN
                                                 HEATHER M. DAVIS
5                                                LITTLER MENDELSON
                                                 A Professional Corporation
6                                                Attorneys for Defendant
                                                 COMERICA MANAGEMENT
7                                                COMPANY, INC.

8    Dated:   August 13, 2012                    Respectfully submitted,

9

10

11                                               /s/ - *MELISSA GRANT*
                                                 MELISSA GRANT
12                                               INITIATIVE LEGAL GROUP APC
                                                 Attorneys for Plaintiff
13                                               YIADIRA CORDOVA

14

15   Firmwide:113718488.1 062020.1005

16

17

18

19

20

21

22

23

24

25

26

27

28